# EXHIBIT W



# Elk Grove Police    Official Report
## [ MISCELLANEOUS REPORT ]
CDC Nr: **17.07339**

| | | | |
|---|---|---|---|
| *Nature of incident:* | Information for Police | *Date Occurred:* | 06/19/17 |
| *Location:* | ███ | *Time Occurred:* | 10:00 |
| | | *Date Reported:* | 07/05/17 |
| *Complainant name:* | Demian, Iuliu | *Time Reported:* | 13:05 |
| | | *Time Arrived:* | 13:05 |
| | Elk Grove Village, IL 60007 | *Time on Call:* | 0.6 |
| | ███ | *Day of Week:* | 4 |
| | | *Shift:* | 2 |

*Code:* 7220   *Place:* 242   *Unit:* 2138   *Source:* 1   *Cond:*   *Resp:* 6
*Status:* 9   *Bias:* None     *Gang Related:* No
*R/O Nr:* 1437   *Assist Nr(s):* None

*Qty/Value*   *Stolen:* 0    *Recovered:* 0    *Destroyed:* 0
*Narrative:*

In summary:

While on patrol, I was dispatched to the Elk Grove Village Police Department in reference to an information for police report. While en route, Northwest Central Dispatch advised the complainant was standing by to file an identity theft report.

Upon my arrival, I met with the complainant, identified as, Iuliu Demian ███. Demian advised on 061917 at approximately 1000 hours, he received a letter from Ally Financial stating he owed $1,246.86. This was for a vehicle purchased in his name. Demian advised he never purchased any vehicle and believed someone may have used his identity to purchase the car.

Demian subsequently contacted Ally Financial and filed a fraud report. He was sent affidavits and other material to be signed and returned. In addition to those documents, he was told to file this police report.

Demian advised at no time did he purchase a 2015 Land Range Rover, VIN # ███ 206687. Demian advised after speaking with Ally Financial, it was learned this vehicle was purchased from a dealership somewhere in Wisconsin. Demian was provided my name to include this report number. No further police action taken at this time.

1



Acct #: [REDACTED]

CDC Nr: **17.07339**

*Reporting Officer:*      PERKINS, E. 1437

*Reporting Officer:* _E.P.K 1437_    Date: _07-08-17_

*Supervisor:* _[signature]_    Date: _7.8.17_

WP: 2250/1047
7/7/2017

2

REDACTED