UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALLY BANK and
ALLY FINANCIAL INC.,

    Plaintiffs,

v.

RUSS DARROW LLC and
RUSSELL M. DARROW, JR.

    Defendants.

Case No. 18-CV-435-JPS

**ORDER**

    On March 19, 2018, Plaintiffs filed this action. (Docket #1). There is no evidence in the record that Defendants have been served, nor have they appeared through counsel. On April 18, 2018, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs or attorney's fees to either party. (Docket #8). Because Defendants have not yet served either an answer to the complaint or a motion for summary judgment, the Court will adopt Plaintiffs' notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

    Accordingly,

    **IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees.

    Dated at Milwaukee, Wisconsin, this 20th day of April, 2018.

    BY THE COURT:

    _____
    J. P. Stadtmueller
    U.S. District Judge